IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ADAM V. REED, an individual, | ) |
| | ) |
| PLAINTIFF. | ) |
| | ) |
| vs. | ) Case No. 16-CV-178-CVE-PJC |
| | ) |
| (1) BEN E KEITH COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), the parties to the above-captioned case hereby stipulate to the dismissal of the case *with prejudice*, with each party to bear his or its own costs and attorneys' fees in connection herewith.

By: *s/Mitchell E. Shamas*
Mitchell E. Shamas, OBA #8113
SHAMAS LAW OFFICE PLLC
6863 S. Canton Ave.
Tulsa, OK 74136
Tele:   (918) 496-0994
Fax:    (918) 496-0982
mitchell@shamaslaw.com
*Attorneys for Plaintiff*

By: *s/Kristen L. Brightmire*
Kristen L. Brightmire, OBA No. 14239
Rebecca D. Stanglein, OBA No. 22723
DOERNER, SAUNDERS, DANIEL & ANDERSON, LLP
Two West Second Street, Suite 700
Tulsa, Oklahoma 74103-3117
Telephone (918) 591-5204
Facsimile (918) 925-5204
kbrightmire@dsda.com
rstanglein@dsda.com
*Attorneys for Defendant*